IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
:
:
v. : **3:11-CR-345**
: **(JUDGE MARIANI)**
ANTONIO FIGUEREDO :
:
Defendant. :
*********************************************** :
:
BANK OF AMERICA, N.A. :
:
Garnishee :

**FILED
SCRANTON**

JUN 0 9 2026

PER _____

DEPUTY CLERK

## ORDER

**AND NOW, THIS ____ DAY OF JUNE 2026**, upon consideration of Defendant

Antonio Figueredo's Objections to the Writ of Garnishment (Doc. 592), and for the reasons

set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Objections to the Writ of Garnishment (Doc. 592) are **OVERRULED**.

2. **No later than Thursday June 11, 2026,** Bank of America, N.A., as Garnishee, **shall**

   **pay $15,000 to the United States of America from Defendant's checking**

   **account ending in 2705.**  The payment shall be by check or money order payable

   to CLERK, U.S. DISTRICT COURT and mailed to the following address:

   Clerk of Court, U.S. District Court for the Middle District of Pennsylvania
   235 N. Washington Ave.
   Scranton, PA 18501

3. Immediately after Bank of America pays $15,000 to the United States of America from Defendant's checking account ending in 2705, Bank of America **shall UNFREEZE Defendant's checking account ending in 2705 and shall permit Defendant access to the remainder of his account balance.**[1]

4. **No later than Friday June 12, 2026, at 5:00 p.m.** Bank of America shall file a letter on CM/ECF confirming its compliance with this Order.

5. Defendant's monthly installment restitution payments of $100 (Doc. 556 at 2) remain unchanged by this Order.

Robert D. Mariani
United States District Judge

---

[1] Bank of America froze $18,885.93 in Defendant's checking account ending in 2705, representing the entire amount held in his account. (Doc. 592-1 at 3). Once Bank of America has paid to the United States $15,000.00 the remaining balance left in Defendant's checking account and available to him would be $3,885.93 based on the Court's calculations.