IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  :
                                  :
                                  :
    v.                            :    3:11-CR-345
                                  :    (JUDGE MARIANI)
ANTONIO FIGUEREDO                 :
                                  :
    Defendant.                    :
**************************************************:
                                  :
                                  :
BANK OF AMERICA, N.A.             :
                                  :
                                  :
    Garnishee                     :

**ORDER**

**AND NOW, THIS** 23rd **DAY OF JULY 2026,** upon consideration of Defendant

Antonio Figueredo's motion for reconsideration (Doc. 600), **IT IS HEREBY ORDERED**

**THAT**:  Defendant's motion is **DENIED**.

Robert D. Mariani
United States District Judge